# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138274

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ADRON LITTLEMAN FLOYD a/k/a ADRON
LITTLEMANE FLOYD,
        Defendant-Appellant.

SC: 138274
COA: 286762
Emmet CC: 06-002585-FH

_____/

On order of the Court, the application for leave to appeal the January 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

s0831